No. —. Ex parte Oliver Gobin; and

No. —. Ex parte Noel Gaines. April 24, 1944. Applications denied.

No. —. Kelley v. United States. April 24, 1944. The motion for leave to file petition for writ of certiorari is denied.

No. —. Trice v. Wright, Warden. April 24, 1944. The motion for leave to file petition for writ of habeas corpus is denied.

No. 874. Donovan, Administrator, v. Kansas City. May 1, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Thomas* v. *City of Richmond,* 12 Wall. 349, 356–57; *Hedges* v. *Dixon County,* 150 U. S. 182, and cases cited. Messrs. *John G. Madden, Armwell L. Cooper, Cyrus Crane, Frank W. McAllister, William J. Carroll, Ralph M. Russell,* and *James E. Burke* for appellant. *Mr. Wm. E. Kemp* for appellee.